AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thapar, Amul R. | U.S. Court of Appeals for the Sixth Circuit | 5/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
35 W. Fifth Street
Covington, Kentucky 41011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. National Advisory Council | North American South Asian Bar Association |
| 2. Board Member | Heyburn Initiative for Judicial Excellence |
| 3. Trustee | Centre College |
| 4. Advisory Board Member | Berkeley Judicial Institute |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $12,500.00 |
| 2. 2019 | University of Virginia Law School | $3,960.00 |
| 3. 2019 | Vanderbilt Law School | $10,000.00 |
| 4. 2019 | Notre Dame Law School | $480.00 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed Real Estate Agent -- commissions on sales and rentals |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | 1/14/19 to 1/17/19 | Charlottesville, VA | Teaching | Travel, meals, hotel |
| 2. | Northern Kentucky Federalist Society | 2/04/19 | Covington, KY | Speaker | Meals |
| 3. | Georgetown Law School Federalist Society | 2/6/19 to 2/7/19 | Washington, DC | Speaker | Travel, meals, hotel |
| 4. | Vanderbilt University Law School | 2/19/19 to 2/22/19 | Nashville, TN | Teaching | Travel, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Thapar, Amul R.** | 5/11/2020 |

| 5. | BYU Law School Federalist Society | 2/27/19 to 2/27/19 | Provo, UT | Speaker | Travel, meals |
|---|---|---|---|---|---|
| 6. | Louisville Law School Federalist Society | 3/5/19 to 3/5/19 | Louisville, KY | Speaker | Travel, meal |
| 7. | Arizona State Law School | 3/11/19 to 3/15/19 | Phoenix, AZ | Teaching | Travel, meals, hotel |
| 8. | Federalist Society Student Symposium | 3/15/19 to 3/17/19 | Phoenix, AZ | Moderator | Travel, meals, hotel |
| 9. | Notre Dame Law School | 3/25/19 to 3/29/19 | South Bend, IN | Teaching | Travel, meals, hotel |
| 10. | University of Kentcky Federalist Society | 4/1/19 to 4/1/19 | Lexington, KY | Speaker | Travel |
| 11. | Yale Law School | 4/7/19 to 4/8/19 | New Haven, CT | Speaker | Travel, meals, hotel |
| 12. | Legal Aid | 4/8/19 to 4/9/19 | Washington, DC | Speaker | Travel, meals, hotel |
| 13. | Berkeley Law School | 4/11/19 to 4/13/19 | Berkeley, CA | Speaker | Travel, meals, hotel |
| 14. | Chicago Federalist Society | 4/23/19 to 4/25/19 | Chicago, IL | Speaker | Travel, meals, hotel |
| 15. | Georgetown Law School | 5/20/19 to 5/24/19 | Washington, D.C. | Speaker | Travel, meals, hotel |
| 16. | Federalist Society | 5/29/19 to 5/31/19 | Phoenix, AZ | Speaker | Travel, meals, hotel |
| 17. | Federalist Society | 7/26/19 to 7/28/19 | Washington, DC | Speaker | Travel, meals, hotel |
| 18. | Washington University Law School | 8/18/19 to 8/20/19 | St. Louis, MO | Speaker | Travel, meals, hotel |
| 19. | New York University Law School Federalist Society | 10/1/19 to 10/2/19 | New York, NY | Speaker | Travel, meals, hotel |
| 20. | Kentucky Federalist Society | 10/7/19 to 10/7/19 | Frankfort, KY | Moderator | Travel and meal |
| 21. | Notre Dame Law School | 10/10/19 to 10/13/19 | South Bend, IN | Teaching | Travel, meals, hotel |
| 22. | Diocese of Dallas | 10/18/19 to 10/20/19 | Dallas, TX | Speaker | Travel, meals, hotel |
| 23. | Hillsdale College Federalist Society | 10/24/19 to 10/25/19 | Hillsdale, MI | Speaker | Travel, meals, hotel |
| 24. | Harvard Law School | 11/12/19 to 11/13/19 | Cambridge, MA | Moot Court | Travel, meals, hotel |
| 25. | Federalist Society | 11/13/19 to 11/17/19 | Washington, DC | Moderator | Travel, meals, hotel |
| 26. | Yale Law School Federalist Society | 11/20/19 to 11/22/19 | New Haven, CT | Speaker | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Capital One | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market (Y) | | | | | | | | | |
| 3. TD Ameritrade (Ameritrade Money Market) | A | Interest | K | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. US Bank (Checking and Savings Acct) | A | Interest | J | T | | | | | |
| 6. Paypal Inc. (Money Market) (Y) | | | | | | | | | |
| 7. Under Armour (UA) Common (Y) | | | | | | | | | |
| 8. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | | | | | |
| 9. Facebook (FB) Common | | None | J | T | | | | | |
| 10. Apple Inc. (AAPL) Common | A | Dividend | J | T | | | | | |
| 11. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | Buy (add'l) | 5/15/19 | J | | |
| 12. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 13. | | | | | Sold (part) | 08/08/19 | J | | |
| 14. Amazon | A | Dividend | J | T | | | | | |
| 15. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 16. Nvidia (NVDA) Common (X) | A | Dividend | J | T | | | | | |
| 17. Vanguard 500 Index Funds (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 5/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Windsor Portfolio | A | Dividend | K | T | Sold<br>(part) | 01/22/19 | K | | |
| 19. Vanguard Mid-Cap Index Portfolio | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 20. Vanguard Small-Cap Index | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 21. Vanguard Total International Stock Index | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 22. Vanguard Total Stock Market Portfolio | A | Dividend | J | T | Sold<br>(part) | 01/22/19 | J | | |
| 23. Vanguard Aggressive Age Based Fund | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 24. | | | | | Redeemed<br>(part) | 7/29/19 | K | | |
| 25. Vanguard Moderate Age Based Fund | A | Dividend | K | T | | | | | |
| 26. Vanguard Conservative Age Based Fund | A | Dividend | K | T | | | | | |
| 27. Spyder Growth (SPYG) | A | Dividend | J | T | Buy | 5/15/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 29. Spyder (SPY) | A | Dividend | J | T | Buy | 08/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thapar, Amul R.** | 5/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Mutual Funds are all part of a 529 plan.  We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544